116 A.3d 566

IN THE MATTER OF EDWARD A. MACDUFFIE, JR., A/K/A
E. ALLEN MACDUFFIE, JR., AN ATTORNEY AT LAW
(ATTORNEY NO. 243801971).

July 1, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–004, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **EDWARD A. MACDUFFIE, JR., a/k/a E. ALLEN MACDUFFIE, JR.,** formerly of **LAVALLETTE,** who was admitted to the bar of this State in 1971, and who has been suspended from the practice of law since January 8, 2014, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.7(a)(2) (conflict of interest), *RPC* 1.8(a) (improper business transaction with a client), and *RPC* 1.15(a) (knowing misappropriation of client funds), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.2d* 1153 (1979), *RPC* 8.1(a) (knowingly make a false statement of material fact to a disciplinary authority), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **EDWARD A. MACDUFFIE, JR., a/k/a E. ALLEN MACDUFFIE, JR.,** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **EDWARD A. MACDUFFIE, JR., a/k/a E. ALLEN MACDUFFIE, JR.,** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **EDWARD A. MACDUFFIE, JR., a/k/a E. ALLEN MACDUFFIE, JR.,** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **EDWARD A. MACDUFFIE, JR., a/k/a E. ALLEN MACDUFFIE, JR.,** continue to comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.